JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Nurseda Kucukkarca | JAGUAR LAND ROVER NORTH AMERICA, LLC |

**(b)** County of Residence of First Listed Plaintiff    Passaic
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Bergen
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jason Greshes, Esq., Kimmel & Silverman, 30 E. Butler Pike, Ambler, PA 19002

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government Plaintiff

❏ 2   U.S. Government Defendant

❏ 3   Federal Question *(U.S. Government Not a Party)*

☒ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ☒ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal | ❏ 376 Qui Tam (31 USC |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ❏ 140 Negotiable Instrument | Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted | Liability | ❏ 368 Asbestos Personal | | ❏ 835 Patent - Abbreviated | ❏ 460 Deportation |
| Student Loans | ❏ 340 Marine | Injury Product | | New Drug Application | ❏ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❏ 345 Marine Product | Liability | | ❏ 840 Trademark | Corrupt Organizations |
| ❏ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ |
| ☒ 190 Other Contract | Product Liability | ❏ 380 Other Personal | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | Exchange |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Property Damage | Relations | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | Injury | ❏ 385 Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| | ❏ 362 Personal Injury - | Product Liability | ❏ 751 Family and Medical | | ❏ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ❏ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement | ❏ 870 Taxes (U.S. Plaintiff | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | Income Security Act | or Defendant) | ❏ 899 Administrative Procedure |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | Act/Review or Appeal of |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| | Other | ❏ 550 Civil Rights | Actions | | |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ❏ 2 Removed from State Court    ❏ 3 Remanded from Appellate Court    ❏ 4 Reinstated or Reopened    ❏ 5 Transferred from Another District *(specify)*    ❏ 6 Multidistrict Litigation - Transfer    ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332
Brief description of cause:
Action under New Jersey Lemon Law and Magnuson Moss Warranty Act

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ❏No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE       DOCKET NUMBER

DATE
08/19/2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

JS 44 Reverse (Rev. 06/17)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**    **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Nurseda Kucukkarca | ) |
| ———————————————— | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Jaguar Land Rover North America, LLC | ) |
| ———————————————— | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jaguar Land Rover North America, LLC
555 McArthur Blvd.
Mahwah, NJ 07430

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason L. Greshes, Esquire
jgreshes@lemonlaw.com
NJ Identification No. 037512001
KIMMEL & SILVERMAN, P.C.
Executive Quarters
1930 E. Marlton Pike, Suite Q29
Cherry Hill, NJ 08003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ————————————————        ————————————————————————
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
District of New Jersey ▼

| | |
|---|---|
| NURSEDA KUCUKKARCA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| JAGUAR LAND ROVER NORTH AMERICA LLC | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Jason Greshes, Esq.
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                                      *Signature of the attorney or unrepresented party*

Jaguar Land Rover North America, LLC
*Printed name of party waiving service of summons*

                                                      *Printed name*

                                                      *Address*

                                                      *E-mail address*

                                                     *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Jason L. Greshes, Esquire
jgreshes@lemonlaw.com
NJ Identification No. 037512001
KIMMEL & SILVERMAN, P.C.
Executive Quarters
1930 E. Marlton Pike, Suite Q29
Cherry Hill, NJ 08003
(856) 429-8334

Attorneys for Plaintiff,
NURSEDA KUCUKKARCA

<div align="center">

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

</div>

| | | |
|---|---|---|
| Nurseda Kucukkarca | ) | |
| 166 Conklintown Road | ) | Civil Action No. |
| Ringwood, NJ 07456 | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Jaguar Land Rover North America, LLC | ) | |
| 555 McArthur Blvd. | ) | |
| Mahwah, NJ 07430 | ) | |

<div align="center">

## COMPLAINT AND JURY DEMAND

</div>

Plaintiff, Nurseda Kucukkarca, by way of complaint against Defendant Jaguar Land Rover North America, LLC, alleges as follows:

<div align="center">

### PARTIES

</div>

1.     Plaintiff, Nurseda Kucukkarca, is an adult individual citizen and legal resident of the State of New Jersey, 166 Conklintown Road, Passaic County, Ringwood, NJ 07456.

2.     Defendant, Jaguar Land Rover North America, LLC, is a corporation qualified to do and regularly conduct business in the State of New Jersey, with its address and principal place of business located at Consumer Affairs, Mahwah, NJ 07430, and can be served at 555 McArthur Blvd., Mahwah, NJ 07430.

<div align="center">

### JURISDICTION AND VENUE

</div>

3.     Jurisdiction is conferred on this Court under 28 U.S.C. § 1332.

4.      The amount in controversy herein is greater than $75,000 and the parties are "citizens of different States," with the Plaintiff a citizen of the State of New Jersey and the Defendant LLC's sole member being Jaguar Land Rover Limited, which is a citizen of the United Kingdom.

5.      Venue is proper in this District under Title 28 U.S.C. Section 1391(a) and 1400(a). The Defendant is registered to do business within and/or has principal headquarters within the jurisdiction of this court and does business within the jurisdiction of this court.

## BACKGROUND

6,      On or about 09/26/2018, Plaintiff purchased a new 2019 Land Rover Range Rover, manufactured and warranted by Defendant, bearing the Vehicle Identification Number SALWR2REOKA820966.

7.      The vehicle was purchased in the State of New Jersey and is registered in the State of New Jersey.

8.      The contract price of the vehicle, including registration charges, document fees, sales tax, finance and bank charges, but excluding other collateral charges not specified, yet defined by the Lemon Law, totaled more than $110,253.  A true and correct copy of the contract is attached hereto, made a part hereof, and marked Exhibit "A".

9.      In consideration for the purchase of said vehicle, Defendant issued to Plaintiff several warranties, guarantees, affirmations or undertakings with respect to the material or workmanship of the vehicle and/or remedial action in the event the vehicle fails to meet the promised specifications.

10.     The above-referenced warranties, guarantees, affirmations or undertakings are/were part of the basis of the bargain between Defendant and Plaintiff.

11.     The parties' bargain includes an express 4 year/50,000 mile warranty, as well as other guarantees, affirmations and undertakings as stated in Defendant's warranty materials and

owner's manual. The same is set forth at https://www.landroverusa.com/ownership/vehicle-warranty.html and is incorporated herein by reference.

12.     The involved vehicle is equipped with an electronic touch control system that controls the vehicle's bluetooth functions, radio, navigation, and vehicle control such as control of the vehicle's suspension settings.

13.     The Plaintiff is an attorney who uses the vehicle to commute to work, including to court listings and hearings.

14.     New Jersey's cell phone law is provided for in the New Jersey Motor Vehicle Act 39:4-97.3 "Use of hands-free wireless telephone in moving vehicle." The State of New Jersey specifically bars the use of a cellular communication device while operating a vehicle other than through hands free means.

15.     The involved vehicle's bluetooth system is the vehicle's method of providing compliance with New Jersey Motor Vehicle Act 39:4-97.3.

16.     The vehicle's control screens also provide the vehicle's GPS functionality and climate control, including the ability to turn on the vehicle's defrost system, air conditioning and heat.

17.     The involved system has repeatedly failed, with the control screen shutting down and going blank.

18.     The Plaintiff has been left unable to cool the vehicle in 90+ heat, has been left unable to defrost the vehicle so to safely operate the vehicle, and the vehicle's control systems have shut down while the Plaintiff is attempting to use the vehicle's GPS system to travel to court listings, leaving the Plaintiff not only delayed due to the GPS system being unavailable but also unable to call courts to inform them that she is thereby delayed due to the simultaneous unavailability of the vehicle's bluetooth and hand free functions. An over $100,000 vehicle that leaves its owner simultaneously lost, without use of the air conditioner in over 90 degree heat

and unable to legally make use of her telephone is substantially impaired in its safety, value and use.

19.    As a result of the ineffective repair attempts made by Defendant through its authorized dealer(s), the vehicle is rendered substantially impaired, unable to be utilized for its intended purposes, and is worthless to Plaintiff.

## VEHICLE REPAIRS

20.    The first documented warranty repair attempt is believed to have occurred on or before March 30, 2019, when the vehicle odometer showed 14,034 miles.  On that date, repair attempts were made to the vehicle's headlights, with multiple lamp failures, and the vehicle's control screen which went blank and operated erratically, with confirmed diagnostic error code U0011-87. The vehicle was out of service for four days for this repair. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "B".

21.    The second documented warranty repair attempt is believed to have occurred on or before May 22, 2019, when the vehicle odometer showed 18,880 miles.  On that date, repair attempts were made to the vehicle's control screen, which went black, was confirmed with the IMC inoperative, requiring replacement of the IMC module and control unit.  A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "C". The vehicle was out of service for seven days for this repair.

22.    The third documented warranty repair attempt is believed to have occurred on or before July 9, 2019, when the vehicle odometer showed 22,447 miles.  On that date, repair attempts were made to the vehicle's control system as the vehicle's control screens continues to freeze and reboot. The vehicle was out of service for six days for this repair. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "D".

23.    The fourth documented warranty repair attempt is believed to have occurred on or before August 7, 2019, when the vehicle odometer showed 24,331 miles.  On that date, repair

attempts were made to multiple electrical defects: due to the vehicle's screens going blank the defendant's dealer technicians had to try numerous times to update the vehicle's touch pro software, with multiple errors and upload failures by multiple means before being allegedly completed, the vehicle's IMC module was updated as well due to the touch screens not operating properly, it was verified that the vehicle's climate "will change on its own" necessitating more software changes, including the vehicle's heated seats turning on randomly. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "E". The vehicle was out of service for 5 days for this repair.

24.     The vehicle continues to exhibit defects and nonconformities which substantially impair its use, value and/or safety.  Plaintiff further notes that the repair attempts above were often substantially delayed by the Defendant's servicing dealership setting appointments long in the future, up to several weeks after requests for service and repair were made.

## COUNT I
## NEW JERSEY MOTOR VEHICLE WARRANTY ACT

25.     Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

26.     Plaintiff is a "Consumer" as defined by N.J.S.A. 56:12-30.

27.     Defendant is a "Manufacturer" as defined by N.J.S.A. 56:12-30.

28.     Land Rover Paramus, is and/or was at the time of sale a "Dealer or Motor Vehicle Dealer" in the business of buying, selling, and/or exchanging vehicles as defined by N.J.S.A. 56:12-30.

29.     Plaintiff took possession of the above mentioned vehicle and has experienced nonconformities as defined by N.J.S.A. 56:12-29 et seq., which substantially impair the use, value and/or safety of the vehicle.

30.     Defendant through its authorized dealer failed to provide written notification that the vehicle was covered by the New Jersey Motor Vehicle Warranty Act as provided in N.J.S.A.

56:12-34(c).  Plaintiff believes and therefore avers said failure is a per se violation of the New

Jersey Consumer Fraud Act, N.J.S.A. 56:8-1 et seq., as well as a violation of the New Jersey

Motor Vehicle Warranty Act.

31.     The nonconformities described violate the express written warranties issued to

Plaintiff by Defendant.

32.     Section 56:12-32 of the New Jersey Motor Vehicle Warranty Act provides:

a.  If, during the period specified in section 3 of this act, the manufacturer or its dealer is
unable to repair or correct a nonconformity within a reasonable time, the
manufacturer shall accept return of the motor vehicle from the consumer.  The
manufacturer shall provide the consumer with a full refund of the purchase price of
the original motor vehicle including any stated credit or allowance for the consumer's
used motor vehicle, the cost of any options or other modifications arranged, installed,
or made by the manufacturer or its dealer within 30 days after the date or original
delivery, and any other charges or fees including, but not limited to, sales tax, license
and registration fees, finance charges, reimbursement for towing and reimbursement
for actual expenses incurred by the consumer for the rental of a motor vehicle
equivalent to the consumer's motor vehicle and limited to the period during which the
consumer's motor vehicle was out of service due to a nonconformity, less a
reasonable allowance for vehicle use.

33.     Section 56:12-33 of the New Jersey Motor Vehicle Warranty Act provides a

presumption of a reasonable number of repair attempts:

a.  It is presumed that a manufacturer or its dealer is unable to repair or correct a
nonconformity within a reasonable time if, within the first 24,000 miles of operation
or during the period of two years following the date of original delivery of the motor
vehicle to a consumer, whichever is the earlier date:

(1) Substantially the same nonconformity has been subject to repair three or more
times by the manufacturer or its dealer and the nonconformity continues to exist;
or

(2) The motor vehicle is out of service by reason of repair for one or more
nonconformities for a cumulative total of 20 or more calendar days since the
original delivery of the motor vehicle and a nonconformity continues to exist.

b.  The presumption contained in sub-section a. of this section shall apply against a
manufacturer only if the manufacturer has received written notification, by or on
behalf of the consumer, by certified mail return receipt requested, of a potential claim
pursuant to the provisions of this act and has had one opportunity to repair or correct
the defect or condition within 10 calendar days following receipt of the notification.
Notification by the consumer shall take place any time after the motor vehicle has had

substantially the same nonconformity subject to repair two or more times or has been out of service by reason of repair for a cumulative total of 20 or more calendar days.

34.     Plaintiff has satisfied the above definition as the vehicle has been subject to repair three (3) times for the same nonconformity, and the nonconformity remained uncorrected.

35.     In addition, the above vehicle has or will be out of service by reason of the nonconformities complained of for a cumulative total of twenty (20) or more calendar days.

36.     Plaintiff has delivered the nonconforming vehicle to an authorized service and repair facility of the Defendant on numerous occasions as outlined below.

37.     After a reasonable number of attempts, Defendant was unable to repair the nonconformities.

Plaintiff has been and will continue to be financially damaged due to Defendant's intentional, reckless, wanton, and negligent failure to comply with the provisions of N.J.S.A. 56:12-29 et seq.

38.     Plaintiff has provided Defendant with a final repair opportunity prior to filing the within Complaint.

39.     Pursuant to N.J.S.A. 56:12-29 et seq, Plaintiff seeks relief for losses due to the nonconformities and defects in the above-mentioned vehicle in addition to reasonable attorney fees and all court costs.

## COUNT II
## MAGNUSON-MOSS (FTC) WARRANTY IMPROVEMENT ACT

40.     Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

41.     Plaintiff is a are "Consumer" as defined by 15 U.S.C. §2301(3).

Defendant is a "supplier", "warrantor", and a "service contractor" as defined by 15 U.S.C. § 2301 (4),(5) and (8).

42.     The subject vehicle is a "consumer product" as defined by 15 U.S.C. § 2301(1).

43.      By the terms of its written warranties, affirmations, promises, or service contracts, Defendant agreed to perform effective repairs at no charge for parts and/or labor.

44.      The Magnuson-Moss Warranty Improvement Act requires Defendant to be bound by all warranties implied by state law. Said warranties are imposed on all transactions in the state in which the vehicle was delivered.

45.      Defendant has made attempts on several occasions to comply with the terms of its express warranties; however, such repair attempts have been ineffective.

46.      The Magnuson-Moss Warranty Improvement Act, 15 U.S.C. §2310(d)(2) provides:

> If a consumer finally prevails on an action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the amount of aggregate amount of costs and expenses (including attorney fees based upon actual time expended), determined by the court to have been reasonably incurred by the Plaintiff for, or in connection with the commencement and prosecution of such action, unless the court, in its discretion shall determine that such an award of attorney's fees would be inappropriate.

46.      Plaintiff has afforded Defendant a reasonable number of opportunities to conform the vehicle to the aforementioned express warranties, implied warranties and contracts.

47.      As a direct and proximate result of Defendant's failure to comply with the express written warranties, the Defendant has breached said warranties, has violated the Magnuson-Moss Warranty Improvement Act, the Plaintiff has suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), the Plaintiff is entitled to bring suit for such damages and other legal and equitable relief.

48.      As a direct and proximate result of Defendant's failure to comply with the express written and/or implied warranties,  Plaintiff has suffered damages and, in accordance with 15 U.S.C. §2310(d)(1) and NJ Stat.Ann 12A, including but not limited to 12A:2-713, 12A:2-714 and 12A:2-715 and/or 12A:2A-518, 12A:2A-519 and 12A:2A-520, Plaintiff is entitled to bring suit for such damages and other legal and equitable relief and hereby does so through this Complaint.

49.     Plaintiff avers Defendant's Dispute Resolution Program is not in compliance with 16 CFR 703 by the FTC for the period of time this claim was submitted.

50.     At the time of obtaining possession of the vehicle and at all times subsequent thereto, Plaintiff has justifiably relied upon Defendant's express warranties and implied warranties of fitness for a particular purpose and implied warranties of merchantability.

51.     At the time of obtaining possession of the vehicle and at all times subsequent thereto, Defendant was aware Plaintiff was relying upon Defendant's express and implied warranties, obligations, and representations with regard to the subject vehicle.

52.     Plaintiff has incurred damages as a direct and proximate result of the breach and failure of Defendant to honor its express and implied warranties.

53.     Such damages include, but are not limited to, the sales price of the vehicle plus all collateral charges, including attorney fees and costs, as well as other expenses, the full extent of which are not yet known.

54.     Plaintiff avers that upon successfully prevailing upon the Magnuson-Moss claim herein, all attorney fees are recoverable and are demanded against Defendant.

**JURY DEMAND**

Plaintiff demands trial by jury on all issues.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully demands judgment against Defendant in an amount equal to the price of the subject vehicle, plus all collateral charges, incidental and consequential damages, reasonable attorneys' fees, and all court costs.

KIMMEL & SILVERMAN, P.C.

By: _____
     JASON L. GRESHES, ESQUIRE
     Attorney for Plaintiff
     Executive Quarters
     1930 E. Marlton Pike, Suite Q29
     Cherry Hill, NJ 08003
     (856) 429-8334

RETAIL INSTALLMENT SALE
SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| NURSEDA KUCUKARCA 166 CONKLINTOWN RD RINGWOOD NJ 07456 | N/A | JAGUAR LAND ROVER PARAMUS 405 ROUTE 17 SOUTH PARAMUS NJ 07652 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2019 | LAND ROV RR SPORT | SALWR2RF0KA820966 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural        N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 15000.00 |
|---|---|---|---|---|
| 5.94 % | $ 15291.74 | $ 94961.86 | $ 110253.60 | $ 25253.61 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| | | Monthly beginning |
| 60 | 1837.56 | 11/18/2018 |
| N/A | N/A | |

Or he Follows: N/A

Late Charge. If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __5__ % of the part of the payment that is late. If the vehicle is primarily for personal, family, or household use and the cash price is $ __10,000__ or less, the charge for each late payment will be $ __10__.

Prepayment. If you pay off all your debt early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

## ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| 1 Cash Price (including $ __6782.97__ sales tax) | | $ 100783.97 (1) |
| 2 Total Downpayment = | | |
| Trade-in 2012 BMW SAV X5 M | $ 100783.97 (1) | |
| (Year)            (Make)            (Model) | | |
| Gross Trade-in Allowance | | |
| Less Pay Off Made By Seller N/A | $ 0.01 | |
| Equals Net Trade in | $ N/A | |
| + Cash | $ 0.01 | |
| + Other N/A | $ 15000.00 | |
| (If total downpayment is negative, enter "0" and see 4J below) | | |
| 3 Unpaid Balance of Cash Price (1 minus 2) | | $ N/A |
| 4 Other Charges including Amounts Paid to Others on Your Behalf | | $ 15000.00 (2) |
| (Seller may keep part of these amounts): | | $ 85783.96 (3) |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies | | |
| Life | $ N/A | |
| Disability | $ N/A | |
| B Other Optional Insurance Paid to Insurance Company or Companies | $ N/A | |
| C Official Fees Paid to Government Agencies | $ N/A | |
| N/A | $ N/A | |
| N/A | $ N/A | |
| N/A | $ N/A | |
| D Optional Gap Contract | $ N/A | |
| E Supplemental Title Fee | $ N/A | |
| F Vehicle Title Fee | $ 376.00 | |
| G Government Taxes Not Included in Cash Price | $ N/A | |
| H Government License and/or Registration Fees | $ N/A | |
| REG | | |
| I Government Certificate of Title Fees | $ 411.00 | |
| J Other Charges (Seller must identify who is paid and describe purpose) | $ N/A | |
| N/A   for Prior Credit or Lease Balance | $ N/A | |
| to JAGUAR LAND ROVER  DOC FEE | $ 419.00 | |
| to LAND ROVER SERVIC  ORIGINAL OWNER E | $ 4469.40 | |
| to ECP | $ 995.00 | |
| to IAS | $ 2500.00 | |
| to IAS PERFORMANCE P | | |
| N/A    N/A | $ N/A | |
| N/A    N/A | $ N/A | |
| N/A    N/A | $ N/A | |
| N/A    N/A | $ N/A | |
| N/A    N/A | $ N/A | |
| Total Other Charges and Amounts Paid to Others on Your Behalf | $ 9177.90 (4) | |
| 5 Amount Financed (3 + 4) | $ 94961.86 (5) | |

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before __N/A__ Year. N/A SELLER'S INITIALS N/A

☐ If this box is checked, the following late charge applies to vehicles purchased primarily for business or agricultural use.
If a payment is not received in full within __N/A__ days after it is due, you will pay a late charge of $ __N/A__ or __N/A__ % of the part of the payment that is late, whichever is greater.
If this box is not checked, the late charge in the "Federal Truth-In-Lending Disclosures" still applies.

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose...

---

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit. THIS DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE, YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

**Optional Credit Insurance**
☐ Credit Life     ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability  ☐ Buyer  ☐ Co-Buyer  ☐ Both

| | |
|---|---|
| Credit Life Insurance | N/A |
| Credit Disability $ | N/A |
| Insurance Company Name | N/A |
| Home Office Address | N/A |

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the amount financed if you die. This insurance pays only for Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life or credit disability insurance provides. See the policies or certificates for coverage terms and other terms and conditions. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ N/A
Type of Insurance __N/A__ Term
Premium $ __N/A__
Insurance Company Name __N/A__
Home Office Address __N/A__

☐ N/A
Type of Insurance __N/A__ Term
Premium $ __N/A__
Insurance Company Name __N/A__
Home Office Address __N/A__

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X N/A _____ N/A
Buyer Signature            Date

X N/A _____ N/A
Co-Buyer Signature         Date

Returned Check Charge: You agree to pay a charge of $ __20__ if any check you give us is dishonored and the law allows it.

ALL-STATE LEGAL®

PLAINTIFF'S EXHIBIT
A

$ 100783.97

$ 0.01
$ 0.01
$ N/A
$ 0.01
$ 1030.00

Other Optional Insurance

N/A

$ N/A
LAND ROVER DOC FEE $ 419.00
LAND ROVER SERVIC CONTRACT, OTHER E $ 4469.40
XPEL SURFACE PROT $ 995.00
GAS PERFORMANCE P $ 2500.00
$ N/A
$ N/A
$ N/A
$ N/A
$ N/A
Total Other Charges and Amounts Paid to Others on Your Behalf $ 9177.90
Amount Financed (9 + 4) $ 94941.86

## NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X ___ Co-Buyer Signs X ___
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

## NOTICE TO RETAIL BUYER
Do not sign this contract in blank.
You are entitled to a copy of the contract at the time you sign.
Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X ___
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given in us in this contract.
Date 09/26/18 Co-Buyer Signs X N/A ___

Other owner signs here X N/A ___ Address N/A ___
Seller Signs ___ Date 09/26/18 By X ___

Seller assigns its interest in this contract to BANK OF LIBERTY N/A ___

VENTURE LAND ROVER PARAMUS

MAY NOT OPERATE THIS [illegible] PUBLIC [illegible]

Retail Order DEAL 24318
[X] New [ ] Used
[ ] Demonstrator

# JAGUAR LAND ROVER PARAMUS

405 NJ-17 PARAMUS, NJ 07652
Tel (201) 265-8930
JaguarParamus.com LandRoverParamus.com

CUSTOMER NURSEDA KUCUKKARCA DATE 09/26/18 STOCK NO. KA820966

ADDRESS 166 CONKLINTOWN RD RINGWOOD NJ 07456

HOME PHONE (201)960-8438 WORK PHONE ______ CELL PHONE (201)960-8438

E-MAIL ADDRESS ______ SALESPERSON WESLEY VERHOEF

ENTER ORDER FOR ONE 2019 LAND ROVER (YEAR AND MAKE) MODEL RR SPORT SC/AUT

BODY/TYPE 4DR SUV SC COLOR FUJI WHT MILES 100 SERIAL NO. S A L W R 2 R E 0 K A 8 2 0 9 6 6

INTERIOR TRIM COLOR

Prior to Delivery of the vehicle listed above, customer shall elect one of the following and so advise dealership.
* Cash Purchase * Finance Purchase * Lease

IF A CREDIT SALE, REQUIRED INFORMATION CONTAINED ON A SEPARATE DISCLOSURE STATEMENT IS MADE A PART OF THIS ORDER.

IF A LEASE, COMPLETE DISCLOSURE OF ALL LEASE TERMS AND CONDITIONS IS CONTAINED ON A SEPARATE LEASE CONTRACT.

TO BE DELIVERED ON OR ABOUT 09/26/18

| | | |
|---|---|---|
| Price of Unit | 94001 | 00 |
| Additional Equipment (options) | | |
| [illegible] SURFACE PROTECTION SYSTEM | [illegible] | [illegible] |
| TAS PERFORMANCE PROTECTION | 2500 | 00 |
| SERVICE CONTRACT | 4469 | 40 |

IF A LEASE, THE FOLLOWING APPLY:

MONTHLY PAYMENT AMOUNT $______
TERM ______ MONTHS
MILEAGE PER YEAR ______
CASH DUE AT DELIVERY $______

IF A PURCHASE, THE FOLLOWING APPLY:

| | | |
|---|---|---|
| TOTAL PRICE OF VEHICLE | 101965 | 40 |
| Less Trade-in | 0 | 01 |
| Documentary Fee: Clerical Fee $277.00; Document Delivery Fee $142.00 (See Paragraph 16 On Reverse Side) | $419.00 | |
| TOTAL TAXABLE AMOUNT | 102384 | 39 |
| State Sales Tax | 6782 | 97 |
| NJ Tire Fee - $1.50 per new tire | 7 | 50 |
| NJ Supplemental Titling Fee | 376 | 00 |
| Registration/Title Fee (Estimated) (See Paragraph 15 On Reverse Side) | 411 | 00 |
| NET PAY-OFF ON TRADE-IN | | N/A |
| TOTAL | 109961 | 86 |
| Deposit | 4765 | 48 |
| CASH BALANCE (IF VEHICLE IS PURCHASED) OR UPFRONT MONIES (IF VEHICLE IS LEASED) TO BE PAID IN ACCEPTABLE FORM OF PAYMENT TO DEALER ON DELIVERY. | | |
| BALANCE ON DELIVERY | 15000 | 00 |
| BALANCE FINANCED | 90196 | 38 |

IF A NEW VEHICLE SALE

The only warranties applying to this vehicle are those offered by the manufacturer. The selling dealer sells this vehicle "as is" and hereby disclaims all warranties, either express or implied, including any implied warranties of merchantability and fitness for a particular purpose. Any liability of the selling dealer with respect to defects or malfunctions of this vehicle including, without limitation, those which pertain to performance or safety, (whether by way of "strict liability," based upon the selling dealer's negligence, or otherwise), is expressly excluded and customer hereby assumes any such risks. The manufacturer's warranty is not affected by this disclaimer of warranties by the selling dealer.

IF USED VEHICLE SALE CHECK APPROPRIATE BOX

☐ This vehicle is sold "as is" and the selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability and fitness for a particular purpose. Any liability of the selling dealer with respect to defects or malfunctions of this vehicle including, without limitation, those which pertain to performance or safety, (whether by way of "strict liability," based upon the selling dealer's negligence, or otherwise), is expressly excluded and customer hereby assumes any such risks.

OR

☐ The only dealer warranty on this vehicle is the limited warranty which is issued with and made a part of this order form.

ALL USED VEHICLE SALES DEALER'S OBLIGATION

The laws of New Jersey require Motor Vehicle Dealers to make all necessary repairs, without charge, or return the full purchase price (if a sale) to the customer in the event a used vehicle sold and intended to be registered in this State fails to meet State Inspection Standards for the issuance of a certificate of approval due to a defect that is not the result of the customer's own act. The undersigned, before entering into this contract, has been informed of dealer's obligation above and agrees to have the used vehicle inspected within 14 days from the issuance of the permanent registration for such vehicle.

__/__/__ Date X ______ Customer's Signature

WAIVER OF DEALER'S OBLIGATION (USED VEHICLE SALE)

The undersigned, has read and understood the above Dealer's Obligation, and does hereby WAIVE AND RELEASE the DEALER'S OBLIGATION to make repairs without charge or return the full purchase price (if a sale) if the vehicle fails to meet State Inspection Standards for the issuance of a certificate of approval, unless the cause for the vehicle's rejection is an item which is "covered" by New Jersey's Used Car Lemon/Warranty Law. (P.L. 1995, Chpt. 373).

__/__/__ Date X ______ Customer's Signature

TRADE-IN DESCRIPTION AND ALLOWANCE

Year 2012 Make BMW SAV Model X5 M
Serial No. 5YMGY0C52CLK27747 Mileage 164307
Trade-in Value 0.01 Date of 09/26/18
Less Balance Owed N/A
Net Trade-in Allowance 0.01
Balance Owed to: ______
Address: ______
Account No.: ______
Info. From ______ Good Thru ______

Customer certifies that the frame on the trade-in vehicle has never sustained any damage or been repaired. All airbags are of original equipment and have never been deployed. Also, that the vehicle has never been in a flood or had the emission control system tampered with or altered. Customer certifies the above mileage of trade-in vehicle is accurate.

X [signature] Customer's Signature 09/26/18 Date

**AGREEMENT TO ARBITRATE ANY CLAIMS. READ THE FOLLOWING ARBITRATION PROVISION CAREFULLY, IT LIMITS YOUR RIGHTS, INCLUDING THE RIGHT TO MAINTAIN A COURT ACTION.**
The parties to this agreement agree to arbitrate any claim, dispute, or controversy, including all statutory claims and any state or federal claims, that may arise out of or are related to the purchase or lease of the automobile and the financing thereof, including the validity of this agreement. By agreeing to arbitration, the parties understand and agree that they are waiving their rights to maintain other available resolution processes, such as a court action or administrative proceeding, to settle their disputes. Consumer Fraud, Used Car Lemon Law, and Truth-in-Lending claims are just three examples of the various types of claims subject to arbitration under this agreement, except for new car lemon law claims, Magnuson-Moss Warranty Act claims, and small claims filed as a court action, unless removed to a higher court. The parties also agree to (i) waive any right to pursue any claims arising under this agreement including statutory, state or federal claims, as a class action arbitration, or (ii) to have an arbitration under this agreement consolidated with any other arbitration or proceeding. The arbitration shall be conducted in accordance with the rules of JAMS Arbitration before a single arbitrator, who shall be a retired judge or an attorney. Dealership shall advance both party's filing, service, administration, arbitrator, hearing, or other fees, subject to reimbursement by decision of the arbitrator. Each party shall bear his or her own attorney, expert, and other fees and costs, except when awarded by the arbitrator under applicable law. The arbitration shall take place in New Jersey at a mutually convenient place agreed upon by the parties or selected by the arbitrator. The decision of the arbitrator shall be binding upon the parties. Any further relief sought by either party will be subject to the decision of the [illegible]. If any part of this arbitration clause, other than waivers of class action rights, is found to be unenforceable for any reason, the remaining provisions shall remain enforceable. If a waiver of class action and consolidation rights is found unenforceable in any action in which class action remedies have been sought, this entire arbitration clause shall be deemed unenforceable, it being the intention [illegible] not to arbitrate class actions or in consolidated proceedings. In the event that any subsequent lease, finance [illegible] between the parties contains a provision for arbitration of claims which conflicts with or is inconsistent with [illegible] such subsequent arbitration provision shall govern and control to the extent of such conflict [illegible] shall be governed by the Federal Arbitration Act. THIS ARBITRATION PROVISION [illegible] YOUR RIGHTS, INCLUDING YOUR RIGHT TO MAINTAIN A COURT ACTION. PLEASE READ IT CAREFULLY [illegible]

Accepted By [illegible] X [signature] Customer's Signature

Customer's Signature

Customer [illegible] and any attachments to it includes all the terms and conditions [illegible] agreement and as of the date signed by Dealer or authorized agent [illegible] agreement between Customer and Dealer. If Customer prior to delivery [illegible] to execute a lease contract which shall contain full disclosure of all [illegible] ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE [illegible] have read the terms and conditions and have received a true copy [illegible] ITEMIZED PRICE FOR EACH SPECIFIC PRE-DELIVERY SERVICE [illegible] MAY NOT CHARGE FOR PRE-DELIVERY SERVICE [illegible] BY THE MANUFACTURER. YOU HAVE A RIGHT TO A WRITTEN [illegible] SERVICE WHICH IS TO BE PERFORMED. [illegible] 18 years of age

Accepted By [illegible] Customer's Signature

[illegible] DEPOSIT NON-REFUNDABLE [illegible] Dealer's Signature



### LAND ROVER
### VEHICLE PROTECTION PLAN

#### DECLARATION PAGE

| Agreement Number |
| --- |
| 81658942 |

#### AGREEMENT HOLDER INFORMATION

| Last Name | First Name | MI | Telephone Number |
| --- | --- | --- | --- |
| KUCUKKARCA | NURSEDA | | (201) 960-8438 |

| Street Address | City | State | Zip | Email Address |
| --- | --- | --- | --- | --- |
| 166 CONKLINTOWN RD | RINGWOOD | NJ | 07456 | NURSEDAK@HOTMAIL.COM |

#### VEHICLE INFORMATION

| Year | Make | Model | Odometer |
| --- | --- | --- | --- |
| 2019 | LAND ROVER | RANGE ROVER SPORT SUP | 100 |

| Vehicle Type | Vehicle Identification Number | Vehicle Purchase Price |
| --- | --- | --- |
| New | SALWR2RE0KA820966 | $94,001.00 |

#### RETAILER INFORMATION

| Retailer Name | Telephone Number | F & I Number |
| --- | --- | --- |
| LAND ROVER PARAMUS | (201) 987-8900 | MARCO PINEROS |

| Street Address | City | State | Zip |
| --- | --- | --- | --- |
| 405 N ROUTE 17 | PARAMUS | NJ | 076522900 |

#### LIEN HOLDER INFORMATION

| Lien Holder Name | Telephone Number |
| --- | --- |
| BANK OF AMERICA | (800) 215-6195 |

| Street Address | City | State | Zip |
| --- | --- | --- | --- |
| P O BOX 2759 | JACKSONVILLE | FL | 32203 |

#### AGREEMENT INFORMATION

| Type of Plan | | Purchase Date | Expiration Date | Expiration Mileage |
| --- | --- | --- | --- | --- |
| ☑ New Plan | ☐ Pre-Owned Plan | 9/26/2018 | 9/26/2023 | 100000 |

| Plan Term | Deductible | Single Payment Agreement Purchase Price |
| --- | --- | --- |
| 60 Months   100000 Miles | $250.00 | $1,469.40 |

Please refer to the "General Provisions" portion of this VEHICLE SERVICE AGREEMENT for an explanation of how the expiration date and expiration mileage are determined.

#### OTHER PROVISIONS

The ADMINISTRATOR of this VEHICLE SERVICE AGREEMENT is United Service Protection Corporation at Post Office Box 21647, St. Petersburg, Florida 33742. The telephone number is 1-866-666-2745. The ADMINISTRATOR's hours of operations are Monday through Friday 8 A.M. to 8 P.M. EST.

The OBLIGOR under this VEHICLE SERVICE AGREEMENT referred to as "We", "Us" and "Our" throughout is United Service Protection Corporation, the address and telephone number for which are provided above. The OBLIGOR and/or ADMINISTRATOR may be different depending upon the state in which You purchased this VEHICLE SERVICE AGREEMENT. Read the SPECIAL STATE DISCLOSURE form if Your state is included to determine if this applies to You.

As a Land Rover Customer You have roadside assistance benefits that are not provided as part of but run concurrent with this VEHICLE SERVICE AGREEMENT. For assistance please call 1-800-637-6837.

If the term of this Vehicle Service Agreement overlaps with the term of Your Manufacturer's Warranty, look first to Your Manufacturer's Warranty for coverage. This Vehicle Service Agreement excludes coverage for any loss covered by Your Manufacturer's Warranty, but may nevertheless provide benefits in addition to those provided by Your Manufacturer's Warranty.

You must provide all of the information requested in the DECLARATION PAGE in order to validate this VEHICLE SERVICE AGREEMENT. This DECLARATION PAGE shall be the basis upon which the VEHICLE SERVICE AGREEMENT is issued. Your manual or electronic signature indicates that the information You have provided is true and correct and that You accept the terms and provisions of this VEHICLE SERVICE AGREEMENT as they have been described to You and You agree to be bound by the terms thereof.

YOUR VEHICLE SERVICE AGREEMENT contains an arbitration clause which may affect YOUR legal rights, unless You purchased this VEHICLE SERVICE AGREEMENT in a state that provides such provisions. Please review the arbitration in its entirety as well as the SPECIAL STATE DISCLOSURE document for YOUR specific state (if YOUR state is included) to determine whether YOUR legal rights are affected.

Purchase of this VEHICLE SERVICE AGREEMENT is not required in order to purchase or obtain financing for a motor VEHICLE.

#### SIGNATURES FOR VEHICLE SERVICE AGREEMENT

| AGREEMENT HOLDER SIGNATURE | DATE | RETAILERS AUTHORIZED SIGNATURE | DATE |
| --- | --- | --- | --- |
| | 9/26/18 | | 9/26/18 |

EJ170002S-0E

Customer Copy



JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

CELL: 201-960-8438

2701TLRCS3474

| CUSTOMER NO. 12811 | | REPAIR ORDER BARBARA GESUALDI 10004 | TAG NO 2620 | INVOICE DATE 03/30/19 | INVOICE NO LRCS3474 |
|---|---|---|---|---|---|
| NURSEDA KUCUKKARCA 166 CONKLINTOWN RD RINGWOOD, NJ 07456 | LABOR RATE | LICENSE NO. | MILEAGE 14,034 / | COLOR/TRIM | STOCK NO |
| | YEAR/MAKE/MODEL 19/LAND ROVER/RANGE ROVER SPO/4DR SU | | | DELIVERY DATE | DELIVERY MILES |
| | SERIAL VEHICLE ID NO S A L W R 2 R E 0 K A 8 2 0 9 6 6 | | | SELLING DEALER NO | PRODUCTION DATE |
| RESIDENCE PHONE 973-650-8554 | BUSINESS PHONE | COMMENTS | P.O. NO | R.O. DATE 03/26/19 | REPRINT# 1 |

MO: 14036

JOB#  1 CHARGES----------------------------------------

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the item/items.
All parts installed are new unless specified otherwise as being used or remanufactured.

LABOR------------------------------------------------
J# 1 51JAZ05        HEADLIGHTS              TECH(S):10060       WARRANTY
       client states passenger side headlight shakes
       INITIALLY COULD NOT PRODUCE CUST COMPLAINT, LATER CONFIRMED
       WHEN DRIVING OVER BUMP R/ LOWBEAM LIGHT IS UNSTEADY
       EXAMINED HEADLAMPS.MOUNTS SECURE, NO SIGN OF DAMAGE.
       TAPPED ON HEADLIGHTS WHEN SWITCHED ON, BOUNCED VEHICLE - NO
       UNUSUAL MOVEMENT SEEN.
       PERF PATHFINDER DIAG - NO BULLETINS PERTAINING TO COMPLAINT
       BUT DID FIND CODES
       B103D-49 RIGHT HEADLAMP INTERNAL FAILURE AND
       B103C-49 LEFT HEADLAMP INTERNAL FAILURE
       CLEARED CODES, PERF ODST FOR RIGHT (HCMB) - PASSED. (MODULE
       IS UP TO DATE)
       PERF ODST FOR LEFT (HCMA) - PASSED. (MODULE IS UP TO DATE)
       RECHECKED HEADLIGHTS BY DRIVING OVER BUMP WHILE SOMEONE
       OBSERVED LIGHTS.
       A WAVERING IN THE R/ HEADLIGHT WAS SEEN, CLOSER EXAM SHOWED
       INTERNAL BAFFLE IN LIGHT ASSEMBLY LOOSE (NO SIGN OF IMPACT
       OR OTHER EXTERNAL CAUSE)
       INSTALLED NEW RIGHT HEADLIGHT ASSEMBLY, INITIALIZED NEW HCMB

CUSTOMER SIGNATURE

X

PARTS------QTY---FP-NUMBER---------------DESCRIPTION---------LIST PRICE-UNIT PRICE-
         1      LR116466             HEADLAMP AND FLA                          WARRANTY
                                                        TOTAL - PARTS          0.00

JOB#  1 TOTALS--------------------------------------------
                          JOB#  1 JOURNAL PREFIX LRCS  JOB#  1 TOTAL          0.00

JOB#  2 CHARGES----------------------------------------

Service & Parts Hours

Monday 7:30am - 6:00pm
Tuesday 7:30am - 7:00pm
Wednesday 7:30am - 6:00pm
Thursday 7:30am - 7:00pm
Friday 7:30am - 6:00pm
Saturday 8:00am - 4:00pm
Sunday Closed

LABOR------------------------------------------------
J# 2 51JAZZ         BODY ELECT CONCERN      TECH(S):10060       WARRANTY
       client states infotainment keeps going in/out
       ADVISOR SAID CUST STATED INFOTAINMENT SCREEN WHENT BLANK,
       SYSTEM SOMETIMES ERRATIC.
       PERF PATHFINDER DIAG
       FOUND CODES U0011-87.
       PERF GUIDED DIAG.
       PATHFINDER HIGHLY RECOMMENDED UPDATING IDMA, ICDM AND IMC
       UPDATED IDMA
       UPDATED ICDM
       UPDATED IMC
       TESTED FUNCTIONS (VOICE, NAV, BT AUDIO, PHONE) - OK

JOB#  2 TOTALS--------------------------------------------
                          JOB#  2 JOURNAL PREFIX LRCS  JOB#  2 TOTAL          0.00

JOB#  3 CHARGES----------------------------------------

LABOR------------------------------------------------
J# 3 90JAZDFC4      FULL DETAIL             TECH(S):10060                      0.00
       CLIENT REQUESTS FULL DETAIL

PLAINTIFF'S
EXHIBIT
B
ALL-STATE LEGAL®



JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

2701ILRCS3474

**CELL: 201-960-8438**

| CUSTOMER NO. | | ADVISOR/JOB | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 12811 | | BARBARA GESUALDI 10004 | | 2620 | 03/30/19 | LRCS3474 |

NURSEDA KUCUKKARCA
166 CONKLINTOWN RD
RINGWOOD, NJ 07456

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 14,034 | / | |

YEAR / MAKE / MODEL
19/LAND ROVER/RANGE ROVER SPO/4DR SU

VEHICLE I.D. NO.
S A L W R 2 R E 0 K A 8 2 0 9 6 6

| F.E.T. E. NO. | P.O. NO. | DELIVERY DATE | DELIVERY MILES | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|---|---|---|

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | R.O. DATE | |
|---|---|---|---|---|
| 973-650-8554 | | | 03/26/19 | REPRINT# 1 |

SEND TO DETAIL

MO: 14036

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the item/items.
All parts installed are new unless specified otherwise as being used or remanufactured.

```
SUBLET-----PO#--------VEND INV#-INV. DATE-DESCRIPTION-----------------------------
     863       3474      03/29/19 full detail
                                                            299.00
                                      TOTAL - SUBLET        299.00
JOB#  3 TOTALS---------------------------------------------
                                            SUBLET          299.00
                         JOB# 3 JOURNAL PREFIX LRCS JOB# 3 TOTAL  299.00
JOB#  4 CHARGES---------
LABOR-------------------------------------------------------
J# 4 46JAZZ        WHEEL/TIRE CONCERN          TECH(S):10060
      CLIENT REQUESTS POWDER COAT ALL 4 WHEELS BLACK(WE OWE)        INTERNAL
      powder coated all 4 wheels-black

SUBLET-----PO#--------VEND INV#-INV. DATE-DESCRIPTION------------------
     861       56528     03/30/19 POWDER COAT RIMS BLACK            INTERNAL
                                      TOTAL - SUBLET          0.00
JOB#  4 TOTALS---------------------------------------------
                         JOB# 4 JOURNAL PREFIX LRCS JOB# 4 TOTAL    0.00
JOB#  5 CHARGES---------
LABOR-------------------------------------------------------
J# 5 39JAZ         LOANER                       TECH(S):10060
      Courtesy Rental Car from Jaguar land Rover Paramus.              0.00
      No Charge to customer for up to 24 hours after the customer
      vehicle is finished. Beyond 24 hours, the customer will
      incur a Rental Charge of 155.00 a day.
      Customer's acknowledgment:
      LOANER VEHICLE SUPPLIED

JOB#  5 TOTALS---------------------------------------------
JOB#  6 CHARGES---------  JOB# 5 JOURNAL PREFIX LRCS JOB# 5 TOTAL   0.00
LABOR
J# 6 05JAZONLINE    PAY ONLINE OPTION            TECH(S):10060
      Complimentary option to pay online                             0.00
JOB#  6 TOTALS---------------------------------------------
JOB#  7 CHARGES---------  JOB# 6 JOURNAL PREFIX LRCS JOB# 6 TOTAL   0.00
LABOR
J# 7 00JAMPI       MULTI-POINT INSPECTI          TECH(S):10060
      MULTI-POINT INSPECTION                                         0.00
      INSPECTION
```

CUSTOMER SIGNATURE

X

**Service & Parts Hours**

**Monday** 7:30am - 6:00pm
**Tuesday** 7:30am - 7:00pm
**Wednesday** 7:30am - 6:00pm
**Thursday** 7:30am - 7:00pm
**Friday** 7:30am - 6:00pm
**Saturday** 8:00am - 4:00pm
**Sunday Closed**

JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600



# JAGUAR LAND ROVER ENGLEWOOD
## 30 VAN NOSTRAND AVENUE
### ENGLEWOOD, NJ 07631
#### 201-408-6600

CELL: 201-960-8438

| CUSTOMER NO. | ADVISOR | TAG NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 12811 | BARBARA GESUALDI | 10004 | 2620 | 03/30/19 | LRCS3474 |

2701 LRCS3474

NURSEDA KUCUKKARCA
166 CONKLINTOWN RD
RINGWOOD, NJ 07456

| LABOR RATE | LICENSE NO. | MILEAGE | | | COLOR | STOCK NO. |
|---|---|---|---|---|---|---|
| | | 14,034 | / | | | |

YEAR/ MAKE/ MODEL
19/LAND ROVER/RANGE ROVER SPO/4DR SU

VEHICLE I.D. NO.
S A L W R 2 R E 0 K A 8 2 0 9 6 6

| DELIVERY DATE | DELIVERY MILES |
|---|---|
| | |

| SELLING DEALER NO. | PRODUCTION DATE |
|---|---|
| | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | R.O. DATE | |
|---|---|---|---|---|
| 973-650-8554 | | | 03/26/19 | REPRINT# 1 |

MO: 14036

MULTI
BRAKES 9.8 MM     TIRES 9.8 /32     1850 MILES TO NEXT SVC
NOTE: WHEN VEHICLE BROUGHT IN, VALET CREW FOUND LAUNDRY
DETERGENT LEAKING FROM BACK OF VEHICLE - A LARGE BOTTLE OF
LIQUID DETERGENT IN THE CARGO AREA LEAKED OUT AND INTO CARGO
AREA AND BATTERY WELL. CLEANED BEST AS POSSIBLE.
nOTE VEHICLE HAS MINOR SCRATCHES ON BODY (NOTICED ON R/F
FENDER)

JOB# 7 TOTALS---------------------------------------

JOB# 8 CHARGES--------------------  JOB# 7 JOURNAL PREFIX LRCS JOB# 7 TOTAL       0.00

LABOR------------------------------------------
J# 8+46JAZ     WHEELS/TIRES          TECH(S):10060       INTERNAL
client states message on for spare tire low
CONFIRMED LOW SPARE TIRE MESSAGE ON DASH
ROAD TESTED, NO CHANGE
CONFIRMED SYS RESPONDING TO PRESSURE CHANGES IN OTHER TIRES
PERF PATHFINDER DIAG
FOUND SPARE TIRE SNSR REPORTING 0 PSI
REINITIALIZED SNSR, RESTORED OP.
DASH WARNING GONE

JOB# 8 TOTALS---------------------------------------

JOB# 9 CHARGES--------------------  JOB# 8 JOURNAL PREFIX LRCS JOB# 8 TOTAL       0.00

LABOR------------------------------------------
J# 9+06JAZ03     MISC          TECH(S):10060       INTERNAL
CLIENT REQUESTS IBEX INTERIOR & EXTERIOR(WE OWE)
ibex done interior & exterior

SUBLET----PO#-------VEND INV#-INV.DATE-DESCRIPTION------------
     864     3474     03/29/19 ibex-interior & exterior          INTERNAL
                              TOTAL - SUBLET                      0.00

JOB# 9 TOTALS---------------------------------------

                    JOB# 9 JOURNAL PREFIX LRCS JOB# 9 TOTAL       0.00

COMMENTS---------------------------------------------
++LOANER++JXM INBOUND 03-20
3/26/19 4:07 gave client update on vehicle & let him know about
laundry detergent that leaked in back-bg-here
3/27/19 9:30 left message -bg-pdi
3/29/19 12:30 let client know vehicle ready for pick up-bg-here
RECOMMENDED NOT DONE/ DECLINED SERVICES----------------------
     Please be advised that the price can only be
     secured for 30 days!
     As always, "Thank You" for your business.
     This is NOT a final quote parts and labor must be
     VERIFIED with your advisor.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the
warranties with respect to the sale of this
item/items. The Seller hereby expressly
disclaims all warranties, either express or
implied, including any implied warranties of
merchantability or fitness for a particular
purpose. Seller neither assumes nor auth-
orizes any other person to assume for it
any liability in connection with the sale of
the item/items.
All parts installed are new unless specified
otherwise as being used or remanufactured.

CUSTOMER SIGNATURE

X

### Service & Parts Hours

**Monday** 7:30am - 6:00pm
**Tuesday** 7:30am - 7:00pm
**Wednesday** 7:30am - 6:00pm
**Thursday** 7:30am - 7:00pm
**Friday** 7:30am - 6:00pm
**Saturday** 8:00am - 4:00pm
**Sunday Closed**





JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600



JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

CELL: 201-960-8438

27011LRCS3474

| CUSTOMER NO 12811 | ADVISOR BARBARA GESUALDI | 10004 | TAG NO 2620 | INVOICE DATE 03/30/19 | INVOICE NO LRCS3474 |
|---|---|---|---|---|---|

NURSEDA KUCUKKARCA
166 CONKLINTOWN RD
RINGWOOD, NJ 07456

LABOR RATE | LICENSE NO | MILEAGE 14,034 | / | STOCK NO

YEAR / MAKE / MODEL
19/LAND ROVER/RANGE ROVER SPO/4DR SU

DELIVERY DATE | COLOR | DELIVERY MILES

VEHICLE I.D. NO.
S A L W R 2 R E 0 K A 8 2 0 9 6 6

SELLING DEALER NO | PRODUCTION DATE

F. T. E. NO. | P.O. NO. | R. O. DATE 03/26/19 | REPRINT# 1

RESIDENCE PHONE 973-650-8554 | BUSINESS PHONE | COMMENTS

COMMENTS-----------------------------------------------------------

MO: 14036

00JAZ1          *LUBE,OIL & FILTER      TECH: 10060
   COMPLAINT:   CUSTOMER MIGHT REQUEST A LUBE, OIL AND FILTER SERVICE
                1850 MI UNTIL NEXT SVC

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the item/items.
All parts installed are new unless specified otherwise as being used or remanufactured.

TOTALS-----------------------------------------------------------

|  |  |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 299.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 19.81 |
| **TOTAL INVOICE $** | **318.81** |

CUSTOMER SIGNATURE
************************

CUSTOMER SIGNATURE
X

D U P L I C A T E   I N V O I C E   *************************

### Service & Parts Hours

Monday 7:30am - 6:00pm
Tuesday 7:30am - 7:00pm
Wednesday 7:30am - 6:00pm
Thursday 7:30am - 7:00pm
Friday 7:30am - 6:00pm
Saturday 8:00am - 4:00pm
Sunday Closed





JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

PAGE 4 OF 4          CUSTOMER COPY          [ END OF INVOICE ]   01:20pm



JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

CELL: 201-960-8438

2701ILRCS4471

| CONTROL NO. 12811 | BARBARA GESUALDI | 10004 | 2819 | INVOICE DATE 05/29/19 | INVOICE NO. LRCS4471 |
|---|---|---|---|---|---|

NURSEDA KUCUKKARCA
166 CONKLINTOWN RD
RINGWOOD, NJ 07456

MILEAGE 18,880 /

YEAR/MAKE/MODEL 19/LAND ROVER/RANGE ROVER SPO/4DR SU
VEHICLE I.D. NO. S A L W R 2 R E 0 K A 8 2 0 9 6 6

RESIDENCE PHONE 973-650-8554

R.O. DATE 05/22/19

MO: 18884

| JOB# 1 CHARGES |
|---|

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the item/items.
All parts installed are new unless specified otherwise as being used or remanufactured.

CUSTOMER SIGNATURE
X

LABOR
J# 1 01JAZ        MAINTENANCE SERVICE        TECH(S):10067        0.00
PERFORM ENGINE OIL AND FILTER CHANGE, COMPLETE SAFETY
INSPECTION, CHECK TIRES AND ADJUST PRESSURES
TIME/MILEAGE INTERVAL
see line 5

JOB# 1 TOTALS

JOB# 1 JOURNAL PREFIX LRCS  JOB# 1 TOTAL        0.00

JOB# 2 CHARGES

LABOR
J# 2 S2JAZ        TRIM ELECTRICAL        TECH(S):10067        WARRANTY
client states infotainment center black for at least a few
days
IMC INOP, tested power to imc and communication lines,
working fine, imc still inoperative
T/A case 1082267 = IMC INOP, tested power to imc and
communication lines,
working fine, imc still inoperative. open t/a case.
installed new IMC,
UPDATED IMC WITH INCONTROL TOUCH PRO
UPDATE, UPDATED SPEECH DATABASE, DOWNLOADED MAPS, TEST DROVE
VEHICLE, IMC OPERATING NORMALLY

PARTS----QTY--FP-NUMBER---------------DESCRIPTION--------LIST PRICE-UNIT PRICE-
    1      LR110219        UNIT - INFOTAINM                          WARRANTY
   -1      LR110219        CORE RETURN                               WARRANTY
    1      LR108279        PANEL - B PILL                            WARRANTY
                                              TOTAL - PARTS        0.00

JOB# 2 TOTALS

JOB# 2 JOURNAL PREFIX LRCS  JOB# 2 TOTAL        0.00

JOB# 3 CHARGES

LABOR
J# 3 39JAZ        LOANER        TECH(S):10067        0.00
Courtesy Rental Car from Jaguar land Rover Paramus.
No Charge to customer for up to 24 hours after the customer
vehicle is finished. Beyond 24 hours, the customer will
incur a Rental Charge of 155.00 a day.
Customer's acknowledgment:
LOANER VEHICLE SUPPLIED

JOB# 3 TOTALS

JOB# 3 JOURNAL PREFIX LRCS  JOB# 3 TOTAL

JOB# 4 CHARGES

LABOR

Service & Parts Hours

Monday 7:30am - 6:00pm
Tuesday 7:30am - 7:00pm
Wednesday 7:30am - 6:00pm
Thursday 7:30am - 7:00pm
Friday 7:30am - 6:00pm
Saturday 8:00am - 4:00pm
Sunday Closed

PLAINTIFF'S
EXHIBIT
C
ALL-STATE LEGAL

ND ROVER ENGLEWOOD
NOSTRAND AVENUE
WOOD, NJ 07631
201-408-6600



**JAGUAR LAND ROVER ENGLEWOOD**
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

CELL: 201-960-8438

2701ILRCS4471

| CUSTOMER NO. 12811 | ADVISOR BARBARA GESUALDI 10004 | TAG NO. 2819 | INVOICE DATE 05/29/19 | INVOICE NO. LRCS4471 |
|---|---|---|---|---|

NURSEDA KUCUKKARCA
166 CONKLINTOWN RD
RINGWOOD, NJ 07456

| LABOR RATE | LICENSE NO. | MILEAGE 18,880 | COLOR / | STOCK NO. |
|---|---|---|---|---|

YEAR/MAKE/MODEL
19/LAND ROVER/RANGE ROVER SPO/4DR SU

VEHICLE I.D. NO.
S A L W R 2 R E 0 K A 8 2 0 9 6 6

| F.T.E. NO. | P.O. NO. | DELIVERY DATE | DELIVERY MILES |
|---|---|---|---|
| | | SELLING DEALER NO. | PRODUCTION DATE |

| RESIDENCE PHONE 973-650-8554 | BUSINESS PHONE | COMMENTS | R.O. DATE 05/22/19 | |
|---|---|---|---|---|

MO: 18884

LABOR-------------------------------------------
J# 4 05JAZONLINE    PAY ONLINE OPTION                    TECH(S):10067                        0.00
        Complimentary option to pay online

JOB#  4 TOTALS------------------------------------------

                        JOB# 4 JOURNAL PREFIX  LRCS  JOB#  4 TOTAL        0.00

JOB#  5 CHARGES------------------------------------------

LABOR-------------------------------------------
J# 5 923AZO16000    16K MILE SVC                      TECH(S):10067                      520.80
  16,000 MILE SERVICE
    M3OPTCK    Multi-Point Inspection
    MACMF      Pollen/Cabin Air Filter, r&r
    MALRC      Add 16oz Land Rover Fuel Conditioner (LRN5010)
    MCTUFL     Top Off All Fluids
    MOFCM      OEM Oil & Filter Change
    MRAB       Replace Alarm Handset Batteries
    MRISIOLI   Reset The Service Interval & Engine Oil Level Indicators
    MROT       Rotate Tires
    MWB        Front Wiper Blade, r&r
        CUSTOMER REQUESTS A 16K MILE SERVICE
        CUSTOMER REQUESTS A 16K MILE SERVICE
        16,000 MILE SERVICE

| PARTS | QTY | FP-NUMBER | DESCRIPTION | LIST PRICE | UNIT PRICE | |
|---|---|---|---|---|---|---|
| | 1 | LR036369 | FILTER - ODOUR A | 49.76 | 49.76 | 49.76 |
| | 1 | 203 | CF5 CARBON FIGHTER | 28.21 | 28.21 | 28.21 |
| | 1 | LR011279 | FILTER - OIL - E | 34.53 | 34.53 | 34.53 |
| | 1 | 1013938 | PLUG - OIL DRAIN | 8.03 | 8.03 | 8.03 |
| | 9 | 10770 | 0w20 | 18.92 | 18.92 | 170.28 |
| | 1 | YWK10003L | BATTERY - ADDITI | 9.22 | 9.22 | 9.22 |
| | 1 | LR083272 | BLADE - WIPER | 35.12 | 35.12 | 35.12 |
| | 1 | LR106593 | BLADE - WIPER | 35.12 | 35.12 | 35.12 |
| | | | | TOTAL - PARTS | | 370.27 |

JOB#  5 TOTALS------------------------------------------
                                                        LABOR        520.80
                                                        PARTS        370.27
                        JOB# 5 JOURNAL PREFIX  LRCS  JOB#  5 TOTAL      891.07
JOB#  6 CHARGES------------------------------------------

LABOR-------------------------------------------
J# 6 00JAMPI    MULTI-POINT INSPECTI                TECH(S):10067                        0.00
  MULTI-POINT INSPECTION
    INSPECTION

JOB#  6 TOTALS------------------------------------------

                        JOB# 6 JOURNAL PREFIX  LRCS  JOB#  6 TOTAL        0.00

MISC------CODE-------DESCRIPTION----------------------------CONTROL NO--------
JOB # A      SHM  SERVICE HISTORY ADMIN                                  1.49
JOB # A      SS   ENVIROMENTAL/DISPOSAL                                 34.95

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the item/items.
All parts installed are new unless specified otherwise as being used or remanufactured.

CUSTOMER SIGNATURE

X

Service & Parts Hours

Monday 7:30am - 6:00pm
Tuesday 7:30am - 7:00pm
Wednesday 7:30am - 6:00pm
Thursday 7:30am - 7:00pm
Friday 7:30am - 6:00pm
Saturday 8:00am - 4:00pm
Sunday Closed

JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600



JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

2701ILRCS4471

CELL: 201-960-8438

| CUSTOMER NO. 12811 | ADVISOR BARBARA GESUALDI 10004 | TAG NO 2819 | INVOICE DATE 05/29/19 | INVOICE NO. LRCS4471 |
|---|---|---|---|---|

NURSEDA KUCUKKARCA
166 CONKLINTOWN RD
RINGWOOD, NJ 07456

LABOR RATE / LICENSE NO. / MILEAGE 18,880 / COLOR / STOCK NO.

YEAR / MAKE / MODEL
19/LAND ROVER/RANGE ROVER SPO/4DR SU

VEHICLE I.D. NO.
S A L W R 2 R E 0 K A 8 2 0 9 6 6

F.T.E NO. / P.O. NO.

DELIVERY DATE / DELIVERY MILES

SELLING DEALER NO. / PRODUCTION DATE

P.O. DATE 05/22/19

RESIDENCE PHONE 973-650-8554   BUSINESS PHONE   COMMENTS

TOTAL - MISC   36.44

MO: 18884

COMMENTS--------------------------------------------
++LOANER++MXS OUTBOUND MAINT 5/15
5/22/19 3:13 let client know vehicle not in shop yet-bg-pdi
5/23/19 3:02 let client know vehicle will not be ready
today-bg-here
5/24/19 11:36 let client know ta was put in this morning & i will
get back to her on tuesday-bg-here
5/29/19 10:40 customer is picking up at 5/30 7:30
5/30 10:45 Customer picked up vehicle
RECOMMENDED NOT DONE/ DECLINED SERVICES-----------------------------
    Please be advised that the price can only be
    secured for 30 days!
    As always, "Thank You" for your business.
    This is NOT a final quote parts and labor must be
    VERIFIED with your advisor.

TOTALS----------------------------------------------------------------

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the
warranties with respect to the sale of this
item/items. The Seller hereby expressly
disclaims all warranties, either express or
implied, including any implied warranties of
merchantability or fitness for a particular
purpose. Seller neither assumes nor auth-
orizes any other person to assume for it
any liability in connection with the sale of
the item/items.
All parts installed are new unless specified
otherwise as being used or remanufactured.

CUSTOMER SIGNATURE

X

|  | | |
|---|---|---|
| TOTAL LABOR.... | 520.80 | |
| TOTAL PARTS.... | 370.27 | |
| TOTAL SUBLET... | 0.00 | |
| TOTAL G.O.G.... | 0.00 | |
| TOTAL MISC CHG. | 36.44 | |
| TOTAL MISC DISC | 0.00 | |
| TOTAL TAX...... | 61.45 | |
| **TOTAL INVOICE $** | **988.96** | |

**Service & Parts Hours**

Monday 7:30am - 6:00pm
Tuesday 7:30am - 7:00pm
Wednesday 7:30am - 6:00pm
Thursday 7:30am - 7:00pm
Friday 7:30am - 6:00pm
Saturday 8:00am - 4:00pm
Sunday Closed

--------------------------
   CUSTOMER SIGNATURE
************************    D U P L I C A T E   I N V O I C E   ***************************

JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

CUSTOMER COPY                    [ END OF INVOICE ]   01:19pm



JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

CELL: 201-960-8438

| CUSTOMER NO. 12811 | ADVISOR MATTHEW FORAKER 10058 | TAG NO. 920 | INVOICE DATE 07/15/19 | INVOICE NO. LRCS5189 |

NURSEDA KUCUKKARCA
166 CONKLINTOWN RD
RINGWOOD, NJ 07456

| LABOR DATE | LICENSE NO. | MILEAGE 22,447 / | COLOR | STOCK NO. |
| YEAR/MAKE/MODEL 19/LAND ROVER/RANGE ROVER SPO/4DR SU | | | DELIVERY DATE | DELIVERY MILES |
| VEHICLE I.D. NO. S A L W R 2 R E 0 K A 8 2 0 9 6 6 | | | SELLING DEALER NO. | PRODUCTION DATE |

RESIDENCE PHONE 973-650-8554   BUSINESS PHONE   COMMENTS   P.O. NO.   R.O. DATE 07/09/19

MO: 22447

JOB# 1 CHARGES----------------------------------------

LABOR----------------
J# 1 52JAZ          TRIM ELECTRICAL
CUSTOMER STATES SCREENS CONTINUE TO FREEZE AND REBOOT -        TECH(S):10339        WARRANTY
CHECK AND ADVISE
INFOTAINMENT UPDATE
CONNECTED VEHICLE TO PATHFINDER AND FOUND NO DTCS..CHECKED
FOR AVAILABLE UPDATES AND FOUND INCONTROL PRO
UPDATE...PERFORMED UPDATE SUCCESSFULLY ALONG WITH SMARTPACK

JOB# 1 TOTALS----------------------------------------

JOB# 2 CHARGES----------------------    JOB# 1 JOURNAL PREFIX LRCS  JOB# 1 TOTAL        0.00

LABOR----------------
J# 2 46JAZ          WHEELS/TIRES
CUSTOMER STATES TIRE WENT FLAT - CHECK AND ADVISE - ACTIVE        TECH(S):10339                    0.00
TIRE AND WHEEL WARRANTY -
FOUND NAIL IN MIDDLE OF TIRE AND GASH ON TIRE SHOULDER
VERIFIED COMPLAINT..FOUND NAIL IN MIDDLE OF TIRE AND GASH ON
TIRE SHOULDER..REPLACED TIRE WITH NEW..MOUNT AND BALANCE

JOB# 2 TOTALS----------------------------------------

JOB# 3 CHARGES----------------------    JOB# 2 JOURNAL PREFIX LRCS  JOB# 2 TOTAL        0.00

LABOR----------------
J# 3 06JAZ          MISC
CUSTOMER STATES SVC LIGHT IS ON BUT WE DID SERVICE AT LAST        TECH(S):10339                    0.00
VISIT - PLEASE RESET LIGHT -
SERVICE LIGHT WAS RESET

JOB# 3 TOTALS----------------------------------------

JOB# 4 CHARGES----------------------    JOB# 3 JOURNAL PREFIX LRCS  JOB# 3 TOTAL        0.00

LABOR----------------
J# 4 46JAZZ          WHEEL/TIRE CONCERN
CUSTOMER STATES RIMS WERE PAINTED BLACK AT ENGLEWOOD FROM A        TECH(S):10339        INTERNAL
PARAMUS WE OWE BUT SUPPOSED TO BE TWO TONE - CHECK AND
ADVISE
WHEELS ARE NOT MACHINE FINISHED - UNABLE TO BE PAINTED TWO
TONE.
CLIENT HAS ELECTED TO HAVE RIMS REMAIN BLACK.

JOB# 4 TOTALS----------------------------------------

JOB# 5 CHARGES----------------------    JOB# 4 JOURNAL PREFIX LRCS  JOB# 4 TOTAL        0.00

LABOR----------------

### STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the
warranties with respect to the sale of this
item/items. The Seller hereby expressly
disclaims all warranties, either express or
implied, including any implied warranties of
merchantability or fitness for a particular
purpose. Seller neither assumes nor auth-
orizes any other person to assume for it
any liability in connection with the sale of
the item/items.
All parts installed are new unless specified
otherwise as being used or remanufactured.

CUSTOMER SIGNATURE

X

### Service & Parts Hours

Monday 7:30am - 6:00pm
Tuesday 7:30am - 7:00pm
Wednesday 7:30am - 6:00pm
Thursday 7:30am - 7:00pm
Friday 7:30am - 6:00pm
Saturday 8:00am - 4:00pm
Sunday Closed

PLAINTIFF'S EXHIBIT
ALL-STATE LEGAL®
0

JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600



**JAGUAR LAND ROVER ENGLEWOOD**
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

CELL: 201-960-8438

2701ILRCS5189

| CUSTOMER NO. | | ADVISOR | | | TAG NO | | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|---|---|---|
| 12811 | | MATTHEW FORAKER | 10058 | | 920 | | 07/15/19 | LRCS5189 |

NURSEDA KUCUKKARCA
166 CONKLINTOWN RD
RINGWOOD, NJ 07456

| LABOR RATE | LICENSE NO. | MILEAGE | | COLOR | STOCK NO |
|---|---|---|---|---|---|
| | | 22,447 | / | | |

YEAR/MAKE/MODEL
19/LAND ROVER/RANGE ROVER SPO/4DR SU

DELIVERY DATE          DELIVERY MILES

VEHICLE I.D. NO.
S A L W R 2 R E 0 K A 8 2 0 9 6 6

SELLING DEALER NO.          PRODUCTION DATE

| F.T.E. NO. | | P.O. NO. | R.O. DATE |
|---|---|---|---|
| | | | 07/09/19 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 973-650-8554 | | |

MO: 22447

```
LABOR-------------------------------------------------------------
J# 5 00JAMPI     MULTI-POINT INSPECTI        TECH(S):10339        0.00
     MULTI-POINT INSPECTION
     INSPECTION
     PERFORMED MULTI POINT

JOB#  5 TOTALS----------------------------------------------------

JOB#  6 CHARGES----------------JOB#  5 JOURNAL PREFIX  LRCS  JOB#  5 TOTAL    0.00

LABOR-------------------------------------------------------------
J# 6 39JAZ       LOANER                       TECH(S):10339        0.00
     Courtesy Rental Car from Jaguar land Rover Paramus.
     No Charge to customer for up to 24 hours after the customer
     vehicle is finished. Beyond 24 hours, the customer will
     incur a Rental Charge of 155.00 a day.
     Customer's acknowledgment:
     LOANER VEHICLE SUPPLIED

JOB#  6 TOTALS----------------------------------------------------

JOB#  7 CHARGES----------------JOB#  6 JOURNAL PREFIX  LRCS  JOB#  6 TOTAL    0.00

LABOR-------------------------------------------------------------
J# 7 0SJAZONLINE    PAY ONLINE OPTION         TECH(S):10339        0.00
     Complimentary option to pay online

JOB#  7 TOTALS----------------------------------------------------

JOB#  8 CHARGES----------------JOB#  7 JOURNAL PREFIX  LRCS  JOB#  7 TOTAL    0.00

LABOR-------------------------------------------------------------
J# 8+46JAZ10     INSTALL 1 NEW TIRE           TECH(S):10339
     INSTALL AND BALANCE 1 NEW TIRE                               50.00
     GASH ON TIRE SHOULDER
     REPLACED TIRE WITH NEW..MOUNT AND BALANCE
     IAS AUTH: KV891259-1630258

PARTS------QTY---FP-NUMBER---------------DESCRIPTION--------LIST PRICE-UNIT PRICE-
        1     2166800            SCORPION VERDE A    274.45    274.45      274.45
                                                 TOTAL - PARTS           274.45
MISC------CODE--------DESCRIPTION-----------------------CONTROL NO--------
        TT1   NJ TIRE TAX                                                   1.50
        WW    WHEEL WEIGHTS                                                 7.00
        TD1   TIRE DISPOSAL FEE-1 TIRE                                      1.50
        UAC   UAC EXT WARR REC                          5189             -334.45
                                                 TOTAL - MISC           -324.45
```

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the
warranties with respect to the sale of this
item/items. The Seller hereby expressly
disclaims all warranties, either express or
implied, including any implied warranties of
merchantability or fitness for a particular
purpose. Seller neither assumes nor auth-
orizes any other person to assume for it
any liability in connection with the sale of
the item/items.
All parts installed are new unless specified
otherwise as being used or remanufactured.

CUSTOMER SIGNATURE

X

**Service & Parts Hours**

Monday 7:30am - 6:00pm
Tuesday 7:30am - 7:00pm
Wednesday 7:30am - 6:00pm
Thursday 7:30am - 7:00pm
Friday 7:30am - 6:00pm
Saturday 8:00am - 4:00pm
Sunday Closed

JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600



**JAGUAR LAND ROVER ENGLEWOOD**
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

CELL: 201-960-8438

| | | |
|---|---|---|
| CUSTOMER NO. **12811** | ADVISOR **MATTHEW FORAKER** 10058 | TAG NO. 920 |
| | INVOICE DATE **07/15/19** | INVOICE NO. **LRCS5189** |

2701LLRCS5189

NURSEDA KUCUKKARCA
166 CONKLINTOWN RD
RINGWOOD, NJ 07456

LABOR RATE / LICENSE NO. / MILEAGE **22,447**

COLOR / STOCK NO.

YEAR / MAKE / MODEL **19/LAND ROVER/RANGE ROVER SP0/4DR SU**

DELIVERY DATE / DELIVERY MILES

VEHICLE I.D. NO. **S A L W R 2 R E 0 K A 8 2 0 9 6 6**

SELLING DEALER NO. / PRODUCTION DATE

RESIDENCE PHONE **973-650-8554** BUSINESS PHONE

P.T.E. NO. / P.O. NO.

P.O. DATE **07/09/19**

COMMENTS

MO: 22447

JOB# 8 TOTALS----------------------------------

LABOR 50.00
PARTS 274.45
MISC -324.45

JOB# 8 JOURNAL PREFIX LRCS JOB# 8 TOTAL 0.00

COMMENTS------------------------------------
++LOANER++ SCHEDULED AS PER PEDRO
7/10
tire authorized for replacement
Tire - $274.45
MT- $50
TD - $1.50
TT - $1.50
WW - $7.00
= $334.45
IAS Auth: KV891259-1630258

Need to discuss with pedro regarding wheel repairs on line 4 - not
completed yet.
7/12 1 pm, rims to be picked up today spoke with Jonathan
Rims- unable to paint two tone- not machined style. would either
need to be painted silver again or stay this color black.
7/12-3:20PM Spoke with client, she will discuss with her brother
and call back.
7/15 344p- picked up
7/15 1244p - called client at this time would like the rims to
remain black since two-tone is not possible. vehicle ready for pick
up
RECOMMENDED NOT DONE/ DECLINED SERVICES---------------------------
Please be advised that the price can only be
secured for 30 days!
As always, "Thank You" for your business.
This is NOT a final quote parts and labor must be
VERIFIED with your advisor.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the
warranties with respect to the sale of this
item/items. The Seller hereby expressly
disclaims all warranties, either express or
implied, including any implied warranties of
merchantability or fitness for a particular
purpose. Seller neither assumes nor auth-
orizes any other person to assume for it
any liability in connection with the sale of
the item/items.
All parts installed are new unless specified
otherwise as being used or remanufactured.

CUSTOMER SIGNATURE

X

**Service & Parts Hours**

Monday 7:30am - 6:00pm
Tuesday 7:30am - 7:00pm
Wednesday 7:30am - 6:00pm
Thursday 7:30am - 7:00pm
Friday 7:30am - 6:00pm
Saturday 8:00am - 4:00pm
Sunday Closed

TOTALS---------------------------------------

| | |
|---|---|
| TOTAL LABOR.... | 50.00 |
| TOTAL PARTS.... | 274.45 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 10.00 |
| TOTAL MISC DISC | -334.45 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE
************************
D U P L I C A T E    I N V O I C E
************************

JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600



**JAGUAR LAND ROVER ENGLEWOOD**
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

CELL: 201-960-8438

| | | |
|---|---|---|
| CUSTOMER NO. 12811 | ADVISOR MATTHEW FORAKER 10058 | TAG NO. 430 |
| | LABOR RATE | LICENSE NO. |
| NURSEDA KUCUKKARCA | | MILEAGE 24,331 |
| 166 CONKLINTOWN RD | YEAR / MAKE / MODEL | |
| RINGWOOD, NJ 07456 | 19/LAND ROVER/RANGE ROVER SPO/4DR SU | |
| | VEHICLE I.D. NO. S A L W R 2 R E 0 K A 8 2 0 9 6 6 | |
| | F.T.E. NO. | P.O. NO. |
| RESIDENCE PHONE 973-650-8554 | BUSINESS PHONE | |
| | COMMENTS | R.O. DATE 08/07/19 |

INVOICE DATE 08/12/19   INVOICE NO. LRCS5705
COLOR /   STOCK NO.
DELIVERY DATE   DELIVERY MILES
SELLING DEALER NO.   PRODUCTION DATE

JOB# 1 CHARGES

MO: 24331

LABOR
J# 1 51JAZZ          BODY ELECT CONCERN
CUSTOMER STATES SCREENS GO BLANK WHEN DRIVING - CHECK AND          TECH(S):10059
ADVISE                                                                              WARRANTY
CHECKED TOUCH PRO SOFTWARE AVAL. NOT ABLE TO PERFORM UPDATE
VIA SOTA FAILING ERROR PRESENT ATTEMPTED MULTIPLE TIMES
PERFORMING UPDATE WITH PATH FINDER FAILED DUE TO ERROR WITH
FLASH DRIVE USED 3 DIFFERENT FLASH DRIVERS WITH 3RD UPDATE
PASSED.

JOB# 1 TOTALS

JOB# 1 CHARGES          JOB# 1 JOURNAL PREFIX LRCS   JOB# 1 TOTAL          0.00

LABOR
J# 2 51JAZ          TRIM ELECTRICAL
CUSTOMER STATES TOUCH SCREEN SETTINGS REQUIRE SEVERAL          TECH(S):10059
TOUCHES TO WORK - CHECK AND ADVISE                                          INTERNAL
CHECKED FOUND UPDATE FOR INTERACTIVE TOUCH SCREEN PERFORMED
UPDATE ALSO IMC UPDATE WAS COMPLETED ON JOB#1

JOB# 2 TOTALS

JOB# 2 CHARGES          JOB# 2 JOURNAL PREFIX LRCS   JOB# 2 TOTAL          0.00

LABOR
J# 3 52JAZOI          TRIM ELECTRICAL
CUSTOMER STATES CLIMATE WILL CHANGE ON ITS OWN - CAN SET TO          TECH(S):10059
70 AND WILL AUTOMATICALLY CHANGE TO 60'S - CHECK AND ADVISE          WARRANTY
CONFIRMED CONCERN CHECKED FOUND NEW UPDATE AVAL. FOR HVAC
SYSTEM, PERFORMED CLIMATE CONTROL MODULE UPDATE RECHECKED
AND ROAD TESTED VEHICLE OK.

JOB# 3 TOTALS

JOB# 4 CHARGES          JOB# 3 JOURNAL PREFIX LRCS   JOB# 3 TOTAL          0.00

LABOR
J# 4 51JAZ          BODY ELECTRICAL
CUSTOMER STATES HEATED SEATS WILL TURN ON BY ITS SELF -          TECH(S):10059
CHECK AND ADVISE                                                                  INTERNAL
CHECKED FOR DTCS NONE PRESENT REFER TO JOB#3

JOB# 4 TOTALS

JOB# 5 CHARGES          JOB# 4 JOURNAL PREFIX LRCS   JOB# 4 TOTAL          0.00

LABOR

PAGE 1 OF 3          CUSTOMER COPY          [CONTINUED ON NEXT PAGE]   02:15pm

---

**STATEMENT OF DISCLAIMER**

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the item/items.
All parts installed are new unless specified otherwise as being used or remanufactured.

CUSTOMER SIGNATURE
X

**Service & Parts Hours**

Monday 7:30am - 6:00pm
Tuesday 7:30am - 7:00pm
Wednesday 7:30am - 6:00pm
Thursday 7:30am - 7:00pm
Friday 7:30am - 6:00pm
Saturday 8:00am - 4:00pm
Sunday Closed

JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600



**JAGUAR LAND ROVER ENGLEWOOD**
**30 VAN NOSTRAND AVENUE**
**ENGLEWOOD NJ 07631**
**201 408 6600**

```
270111LRCS5705
```

| CUSTOMER NO. | ADVISOR |
|---|---|
| 12811 | MATTHEW FORAKER  10058 |

NURSEDA KUCUKKARCA
166 CONKLINTOWN RD
RINGWOOD, NJ 07456

YEAR / MAKE / MODEL
19/ LAND ROVER/RANGE ROVER SPORT/4DR SU
VEHICLE I.D. NO.
S A L W R 2 R E 0 K A 8 2 0 0 0 0

+973-650-8554+   BUSINESS PHONE

COMMENTS

MULTI POINT INSPECTI   TECH(S):10059
INSPECTION

JOB# 6 CHARGES---
LABOR---
J# 6 39JAZ          LOANER          TECH(S):10059
     Courtesy Rental Car from Jaguar land Rover Paramus.
     No Charge to customer for up to 24 hours after the customer
     vehicle is finished. Beyond 24 hours, the customer will
     incur a Rental Charge of 155.00 a day.
     Customer's acknowledgment:
     LOANER VEHICLE SUPPLIED

JOB# 6 TOTALS---

JOB# 6 CHARGES---   JOB# 6 JOURNAL PREFIX LRCS JOB# 6 TOTAL   0.00

JOB# 7 CHARGES---   JOB# 6 JOURNAL PREFIX LRCS JOB# 6 TOTAL   0.00
LABOR---
J# 7 62JAZ    SERVICE ACTION         TECH(S):10059        INTERNAL
     N347 SOFTWARE OVER THE AIR (SOTA) - INCONTROL TOUCH PRO
     SOFTWARE UPDATE

     UNABLE TO PERFORM N347 - AS AS PER JLR INSTRUCTION

JOB# 7 TOTALS---

JOB# 8 CHARGES---   JOB# 7 JOURNAL PREFIX LRCS JOB# 7 TOTAL   0.00
LABOR---
J# 8 OSJAZONLINE    PAY ONLINE OPTION
     Complimentary option to pay online

JOB# 8 TOTALS---

COMMENTS---
++LOANER++ SXC INBOUND 7/24
```

CUSTOMER SIGNATURE

X

### Service & Parts Hours

Monday 7:30am - 6:00pm
Tuesday 7:30am - 7:00pm
Wednesday 7:30am - 6:00pm
Thursday 7:30am - 7:00pm
Friday 7:30am - 6:00pm
Saturday 8:00am - 4:00pm
Sunday Closed

**JAGUAR LAND ROVER ENGLEWOOD**
**30 VAN NOSTRAND AVENUE**
**ENGLEWOOD NJ 07631**
**201 408 6600**



JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600

NURSEDA KUCUKKARGA
135 BOULEVERTOWN RD
ENGLEWOOD, NJ 07456

MATTHEW BORAKER

19 LAND ROVER/RANGE ROVER SPO 4DR 38
S A L W R 2 R E 0 K A 8 2 0 9 0 6 6

CUSTOMER SIGNATURE

X

### Service & Parts Hours
Monday 7:30am - 6:00pm
Tuesday 7:30am - 7:00pm
Wednesday 7:30am - 6:00pm
Thursday 7:30am - 7:00pm
Friday 7:30am - 6:00pm
Saturday 8:00am - 4:00pm
Sunday Closed




JAGUAR LAND ROVER ENGLEWOOD
30 VAN NOSTRAND AVENUE
ENGLEWOOD, NJ 07631
201-408-6600



# Jaguar/Land Rover Multi-point Inspection

Owner Name: NURSEDA KUCUKKARCA
Phone: (H) (973) 650-8554
Service Advisor: MATTHEW FORAKER

Vehicle Year/Model: 19 LAND ROVER RANGE RC
VIN: SALWR2RE0KA820966
Technician: VLADYSLAV TUMANOVSKYY

Date/Time: 08/02/2019 14:44:47
Odometer: 28031
RO: 5705

Tag: 480

| INSPECTION RESULT – OK | WILL REQUIRE FURTHER ATTENTION | REQUIRES IMMEDIATE ATTENTION |
|---|---|---|

Green Yellow Red

| | | | | Serviced |
|---|---|---|---|---|
| ✓ | | | Engine Oil | |
| ✓ | | | Windshield Washer | |
| ✓ | | | Power Steering | |
| ✓ | | | Transmission (if equipped w/ dipstick) | |
| ✓ | | | Brake Reservoir | |
| ✓ | | | Headlamp Washer | |
| ✓ | | | Coolant Recovery Reservoir | |
| ✓ | | | Service Required due to mileage/time | |
| ✓ | ✓ | | Operation of horn, interior lights, exterior lamps, turn signals, hazard and brake lamps | |
| ✓ | | | Visually inspect headlamp aiming | |
| ✓ | | | Windshield washer spray, wiper operation and wiper blades | |
| ✓ | | | Windshield cracks and/or chips | |
| ✓ | | | Heating, ventilation and air conditioning check | |
| ✓ | | | Engine air cleaner filter | |
| ✓ | | | Oil and/or fluid leaks | |
| ✓ | | | Constant velocity (CV) drive axle boots (if equipped) | |
| ✓ | | | Exhaust system (leaks, damage, loose parts) | |
| ✓ | | | Steering and steering linkages | |
| ✓ | | | Shocks/struts, air suspension and other suspension components for leaks and/or damage | |
| ✓ | | | Brake system (including lines, hoses and parking brake) | |
| ✓ | | | Engine cooling system, hoses and clamps | |
| ✓ | | | Radiator, heater and air conditioning hoses for leaks/damage | |
| ✓ | | | Accessory drive belt(s) | |
| ✓ | | | Ignition operation (if equipped) | |
| ✓ | | | Floor mats | |
| ✓ | | | Navigation map update required | |
| ✓ | | | Four wheel drive components (if Applicable) | |
| ✓ | | | State Inspection due (if applicable) | |
| ✓ | | | Recommended maintenance | |

Brake Lining Measurement: LF: 9 mm RF: 9 mm LR: 9 mm RR: 9 mm
Tire Tread Measurement: LF: 8/32 RF: 8/32 LR: 8/32 RR: 8/32

## Front / Rear Brake Linings

LF
| ✓ | Green |
| | Yellow |
| | Red |

LR
| ✓ | Green |
| | Yellow |
| | Red |

Serviced

Inspection Not Taken

## Check Tires / Tread Depth

LF
| ✓ | Green |
| | Yellow |
| | Red |

LR
| ✓ | Green |
| | Yellow |
| | Red |

Serviced

## Check Battery Performance

| ✓ | Good | | Serviced |
| | Trade | |
| | Bad | |

Actual Cold Cranking Amps
Factory Cold Cranking Amps