***DOBIS, RUSSELL & PETERSON, P.C.***

*326 South Livingston Avenue*
*Livingston, New Jersey 07039*
Phone: *(973) 740-2474*
Fax: *(973) 740-2484*
Email: jdobis@drp-law.com

JAMES S. DOBIS*
PAUL K. RUSSELL*
JAMES P. PETERSON**
MEGAN C. PEAR**

***New York Office***
7 Elk Street
Lower Level
PMB159
New York, New York 10007
(212) 593-3310

September 3, 2020

\* Also Member of N.Y. & P.A. Bars
\*\* Also Member of P.A. Bar

***Pennsylvania Office***
213 Yates Avenue
Woodlyn, Pennsylvania 19094
(610) 689-8698

_____
OF COUNSEL
FRANCIS J. REILLY

The Honorable Edward S. Kiel, U.S.M.J
United States District Court for the District of New Jersey
Frank R. Lautenberg & U.S. Post Office and Courthouse
One Federal Square, Room 451
Newark, NJ 07102

       Re:  Nurseda Kucukkarca v. Jaguar Land Rover North America, LLC
       Case Number: 2:19-cv-17021-JMV-ESK

Dear Magistrate Kiel:

    This matter is presently scheduled for a conference on **September 20, 2021**, before Your Honor with respect to Plaintiff's motion to enforce settlement.

    Please be advised that the settlement check is being sent to Plaintiff's counsel this afternoon via Federal Express.

               Respectfully,

               *James S. Dobis*
               JAMES S. DOBIS

JSD:jl
cc:  Jason Greshes, Esq.
**VIA E-FILE**